B1 (Official Form 1)(1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| District of Idaho | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ted Miller Dairy, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**14-1844875** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**268-A South 500 West**<br>**Jerome, ID**<br>ZIP Code **83338** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jerome** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                   Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ted Miller Dairy, LLC** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ted Miller Dairy, LLC** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Joseph M. Meier**
Signature of Attorney for Debtor(s)

**Joseph M. Meier 3314**
Printed Name of Attorney for Debtor(s)

**Cosho Humphrey, LLP**
Firm Name

**800 Park Blvd., Suite 790**
**P. O. Box 9518**
**Boise, ID 83707**

Address

                    **Email: jmeier@cosholaw.com**
**208-344-7811 Fax: 208-338-3290**
Telephone Number

**February 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Jane Ledbetter**
Signature of Authorized Individual

**Jane Ledbetter**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**February 17, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re  **Ted Miller Dairy, LLC**

Debtor(s)

Case No. _____

Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AgTec**<br>**1182 Eastland Drive North**<br>**Ste. A**<br>**Twin Falls, ID 83303** | **AgTec**<br>**1182 Eastland Drive North**<br>**Ste. A**<br>**Twin Falls, ID 83303** | **Goods and/or services - $4,375 incurred 2/5/10 and $3,675 2009** | | **8,050.00** |
| **Alta Genetics, Inc.**<br>**3543 Collection Center Dr.**<br>**Chicago, IL 60693** | **Alta Genetics, Inc.**<br>**3543 Collection Center Dr.**<br>**Chicago, IL 60693**<br>**800-932-2855** | **Goods and/or services** | | **13,472.00** |
| **Barbara Truit**<br>**PO Box 1578**<br>**Redway, CA 95560** | **Barbara Truit**<br>**PO Box 1578**<br>**Redway, CA 95560**<br>**707-923-3894** | **Loan** | | **140,950.00** |
| **Black Petroleum Co.**<br>**PO Box A**<br>**Twin Falls, ID 83303** | **Black Petroleum Co.**<br>**PO Box A**<br>**Twin Falls, ID 83303**<br>**208-733-0741** | **Goods and/or services** | | **8,428.07** |
| **Bob Schillington**<br>**136 Bridon Way**<br>**Jerome, ID 83338** | **Bob Schillington**<br>**136 Bridon Way**<br>**Jerome, ID 83338**<br>**208-644-1730** | **Goods and/or services** | | **89,576.87** |
| **Carrie Lopez**<br>**PO Box 613**<br>**Jerome, ID 83338** | **Carrie Lopez**<br>**PO Box 613**<br>**Jerome, ID 83338**<br>**208-324-5602** | **Loan** | | **82,764.00** |
| **Dairy Health Services, Inc.**<br>**105 Country Lane**<br>**Jerome, ID 83338** | **Dairy Health Services, Inc.**<br>**105 Country Lane**<br>**Jerome, ID 83338**<br>**208-324-8100** | **Goods and/or services** | | **44,842.64** |
| **Francesca Cantone**<br>**3509 S. 2400 E.**<br>**Jerome, ID 83338** | **Francesca Cantone**<br>**3509 S. 2400 E.**<br>**Jerome, ID 83338**<br>**208-308-1249** | **Loan** | | **42,534.00** |
| **George Ellsworth**<br>**599 N. 3400 E.**<br>**Lewisville, ID 83431** | **George Ellsworth**<br>**599 N. 3400 E.**<br>**Lewisville, ID 83431**<br>**208-521-8538** | **Goods and/or services** | | **85,072.84** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Ted Miller Dairy, LLC**                                                          Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Gooding Green Chop**<br>**Harol Wartluft**<br>**562 Nebraska St.**<br>**Gooding, ID 83330** | **Harold Wartluft**<br>**Gooding Green Chop**<br>**562 Nebraska St.**<br>**Gooding, ID 83330**<br>**208-934-4730** | **Goods and/or services** | | **100,306.74** |
| **Internal Revenue Service**<br>**Chief, Special Procedures**<br>**550 W Fort St, MSC 041**<br>**Boise, ID 83724** | **Internal Revenue Service**<br>**Chief, Special Procedures**<br>**550 W Fort St, MSC 041**<br>**Boise, ID 83724** | **Payroll taxes** | | **33,352.79** |
| **Johnny & Karen Lopez**<br>**PO Box 613**<br>**Jerome, ID 83338** | **Johnny & Karen Lopez**<br>**PO Box 613**<br>**Jerome, ID 83338**<br>**208-324-5602** | **Loan** | | **1,725,011.00** |
| **Michael Humbach**<br>**802 16th Ave. E.**<br>**Jerome, ID 83338** | **Michael Humbach**<br>**802 16th Ave. E.**<br>**Jerome, ID 83338**<br>**208-308-3892** | **Goods and/or services** | | **116,139.34** |
| **Nico Cantone**<br>**719 Federal Ave. E Apt. A**<br>**Seattle, WA 98102** | **Nico Cantone**<br>**719 Federal Ave. E Apt. A**<br>**Seattle, WA 98102**<br>**425-773-4591** | **Loan** | | **9,925.00** |
| **Pioneer Commodities &**<br>**Trucking, LLC**<br>**PO Box 485**<br>**Jerome, ID 83338** | **Pioneer Commodities & Truck**<br>**PO Box 485**<br>**Jerome, ID 83338**<br>**208-324-9844** | **Feed** | | **47,291.16** |
| **Prescott & Craig Insurance**<br>**1010 E. Main St.**<br>**Jerome, ID 83338** | **Prescott & Craig Insurance**<br>**1010 E. Main St.**<br>**Jerome, ID 83338** | **Annual insurance premium** | | **39,965.00** |
| **Scoular Company**<br>**529 E. Ave. T**<br>**Jerome, ID 83338** | **Scoular Company**<br>**529 E. Ave. T**<br>**Jerome, ID 83338**<br>**208-324-0147** | **Feed** | | **127,290.28** |
| **Standard Nutrition Co.**<br>**PO Box 3844**<br>**Omaha, NE 68103-0844** | **Standard Nutrition Co.**<br>**PO Box 3844**<br>**Omaha, NE 68103-0844**<br>**402-393-3198** | **Goods and/or services** | | **82,843.78** |
| **U Bar U Ranch, LLC**<br>**268-A South 500 West**<br>**Jerome, ID 83338** | **U Bar U Ranch, LLC**<br>**268-A South 500 West**<br>**Jerome, ID 83338**<br>**208-324-7639** | **Loan** | | **179,685.00** |
| **William Ledbetter**<br>**268-A South 500 West**<br>**Jerome, ID 83338** | **William Ledbetter**<br>**268-A South 500 West**<br>**Jerome, ID 83338**<br>**208-324-7639** | **Loan** | | **70,133.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Ted Miller Dairy, LLC**                                    Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 17, 2010**                        Signature   **/s/ Jane Ledbetter**

                                                                 **Jane Ledbetter**

                                                                 **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### District of Idaho

In re  **Ted Miller Dairy, LLC**                                                    ,            Case No. _____
                                                          Debtor

                                                                                 Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 8,874,386.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,965,223.36 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 33,731.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 3,076,170.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 8,874,386.00 | | |
| Total Liabilities | | | | 9,075,125.87 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### District of Idaho

In re    **Ted Miller Dairy, LLC** _____,    Case No. _____

                                       Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Ted Miller Dairy, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Ted Miller Dairy, LLC**                                              ,    Case No. _____
                                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo checking account ending 4570** | - | **4,000.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Employee advance (A. Norato)** | - | **6,381.00** |
| | | | **Retainer balance with Cosho Humphrey, LLP** | - | **24,587.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **34,968.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ted Miller Dairy, LLC**
_____,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Independent Milk Producers Cooperative, Inc. due for milk delivery approximately $240,000 on 2/10/10 and approiximately $260,000 on 3/1/10.** | - | 500,000.00 |
| | | **Receivable due from Juan Alberto Miramontes (may not be collectible)** | - | 101,487.00 |
| | | **Account receivable from Antonio Norato** | - | 94,227.00 |
| | | **Account receivable from America Ortiz** | - | 11,324.00 |
| | | **Note receivable due from C Bar M Dairy** | - | 2,150,779.00 |
| | | **Account receivable due from Yolanda Guzman (may not be collectible)** | - | 28,543.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Ownership shares in Land O'Lakes, Purina Feed and Valley Co-ops, Inc.** | - | 28,543.00 |

Sub-Total >        **2,914,903.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ted Miller Dairy, LLC**                                               ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See Exhibit B25 attached hereto** | - | **632,200.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **HP Computers and Brother printer/fax/scanner** | - | **600.00** |
| | | **Net Gear External Harddrive** | - | **200.00** |
| | | **Lorex survellance system** | - | **200.00** |
| | | **Gateway computer & Brother printer** | - | **400.00** |
| | | **Miscellaneous desks and chairs** | - | **100.00** |

Sub-Total >   **633,700.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Ted Miller Dairy, LLC**               ,      Case No. _____

                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment and leasholds** | **-** | **100,000.00** |
| | | **Case 420 Skid Steer Loader N6M439686** | **-** | **20,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Cows & Heifers - See Exhibit B31** | **-** | **3,962,788.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | | **See Exhibit B30 attached hereto** | **-** | **1,208,027.00** |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **5,290,815.00** |
| (Total of this page) | |
| Total > | **8,874,386.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

## Ted Miller Dairy Equipment List

| Equipment | Model Year | Estimated Value | bal due | due to |
|---|---|---|---|---|
| JD 544 H loader 12721hrs | 1998 | 40,000 | | |
| JD 544 H loader 6730hrs | 2003 | 40,000 | | |
| JCB load all | | 35,000 | | |
| JD 7810 tractor | | 70,000 | | |
| JD 2040 tractor | 1980 | 5,000 | | |
| Case 5250 tractor 5715hrs | | 27,500 | | |
| Case 5240 tractor | | 24,000 | | |
| Ford TN70 tractor | | 11,000 | | |
| Ford 4630 tractor | | 4,000 | | |
| Ford 4630 tractor | | 4,000 | | |
| IH4900 feed truck-vertical | | 80,000 | | |
| IH4900 feed truck-Kirby | | 30,000 | | |
| Volvo -parma trailer | 1996 | 28,000 | | |
| Volvo manure truck | 1991 | 32,500 | | |
| KW compost truck | 1998 | 43,000 | | |
| Kirby 6bale feeder | | 10,000 | | |
| Kirby 4 bale feeder w/ scales | | 14,000 | | |
| Bedmaster straw spreader | | 7,500 | | |
| Bedmaster straw spreader | | 7,500 | | |
| Bedmaster compost turner | | 25,000 | | |
| Powerbroom for JCB | | 1,000 | | |
| Post hole auger for JCB | | 500 | | |
| Bale grabber for JCB | | 2,500 | | |
| Bale forks for JCB | | 500 | | |
| 3 tire scrapers | | 1,000 | | |
| 3 metal scrapers | | 1,000 | | |
| Tire blade for skid steer | | 200 | | |
| Freestall rake for skid steer | | 200 | | |
| Stock trailer | | 8,500 | | |
| Bernardo 2000 F250 diesel pickup | 2000 | 14,800 | | |
| Pedro dodge dakota pickup | | 1,500 | | |
| Carlos teal pickup | 1993 | 3,500 | | |
| Extended cab Chevy - Tochis | 1995 | 3,000 | | |
| Colega 4wd pickup | | 1,000 | | |
| Vacuum Wagon | 2005 | 55,000 | | |
| **Total** | | 632,200 | | |



EXHIBIT
B25



EXHIBIT
B30

# TED MILLER DAIRY - FORAGE INVENTORY

As of 01/31/2010

| DESCRIPTION | | RFV | BALES | WT/BALE | Tons | Value | Total |
|---|---|---|---|---|---|---|---|
| ELLSWORTH - E-9 | MIXER | 175.0 | 22 | 2,000 | 22 | 130.00 | 2,860 |
| STACK 2 | MIXER | 169.1 | 324 | 2,000 | 324 | 130.00 | 42,120 |
| SCHAEFFER - S-5 | MIXER | 169.9 | 328 | 2,000 | 328 | 130.00 | 42,640 |
| STACK - W1 | MIXER | 161.9 | 175 | 2,000 | 175 | 130.00 | 22,750 |
| ELLSWORTH - M-4 | CLOSE UP | 156.8 | 108 | 1,250 | 68 | 130.00 | 8,775 |
| ELLSWORTH - S-7 | CLOSE UP | 154.1 | 67 | 1,250 | 42 | 130.00 | 5,444 |
| STACK S-2 | CLOSE UP | 145.1 | 19 | 2,000 | 19 | 110.00 | 2,090 |
| ELLSWORTH - E-5, 6 &7 | FEEDER | 140.0 | 125 | 1,250 | 78 | 110.00 | 8,594 |
| ELLSWORTH - E-8 | FEEDER | 140.0 | 176 | 1,300 | 114 | 110.00 | 12,584 |
| **TOTAL HAY** | | | 1,344 | | 1,170 | | $ 147,857 |
| | | | | | | | |
| CORN SILAGE - 2009 | | | | | 21,340 | 41 | 874,940 |
| **TOTAL CORN SILAGE** | | | | | 21,340 | | $ 874,940 |
| | | | | | | | |
| TRITICALE BAG #3 | | | | | 210 | 30 | 6,300 |
| TRITICALE BAG #5 | | | | | 162 | 30 | 4,860 |
| **TOTAL TRITICALE** | | | | | 372 | | $ 11,160 |
| | | | | | | | |
| HAYLAGE BAG #11 | DAIRY | | | | 350 | 30 | 10,500 |
| HAYLAGE BAG #12 | DAIRY | | | | 850 | 30 | 25,500 |
| HAYLAGE BAG #13 | FDR | | | | 400 | 30 | 12,000 |
| HAYLAGE BAG #1 | FDR | | | | 414 | 30 | 12,420 |
| HAYLAGE BAG #2 | | | | | 618 | 30 | 18,540 |
| **TOTAL HAYLAGE** | | | | | 2,632 | | $ 78,960 |
| | | | | | | | |
| **TOTAL WET FORAGES** | | | | | 24,344 | | |
| | | | | | | | |
| **EARLAGE:** | | | | | | | |
| EARLAGE BAG #6 | | | | | 270 | 119 | 32,130 |
| EARLAGE BAG #7 | | | | | 528 | 119 | 62,832 |
| **TOTAL EARLAGE** | | | | | 798 | | $ 94,962 |
| | | | | | | | |
| **STRAW:** | | | | | | | |
| STRAW STACK - EAST LITTLE #1 | | | 306 | 750 | 115 | 40 | 4,590 |
| STRAW STACK - EAST LITTLE #2 | | | 175 | 750 | 66 | 40 | 2,625 |
| STRAW STACK - DAIRY BIG | | | 17 | 1,200 | 10 | 40 | 408 |
| STRAW STACK - DAIRY LITTLE | | | 270 | 750 | 101 | 40 | 4,050 |
| STRAW STACK - EAST BIG | | | 402 | 1,200 | 241 | 40 | 9,648 |
| STRAW STACK - HUTCHES | | | 98 | 750 | 37 | 40 | 1,470 |
| STRAW STACK - CAPPSHOYER | | | 850 | 1,200 | 510 | 40 | 20,400 |
| CORN STALKS - STANDING HAT | | | 155 | 750 | 58 | 30 | 1,744 |
| CORN STALKS - STACKYARD #2 | | | 19 | 750 | 7 | 30 | 214 |
| **TOTAL STRAW** | | | | | 1,145 | | $ 45,149 |
| | | | | | | | |
| **GRAINS:** | | | | | | | |
| STANDING HAT BARLEY | | | | | 250 | 120 | 30,000 |
| **TOTAL GRAINS** | | | | | | | $ 30,000 |
| | | | | | | | |
| **INVESTMENT IN GROWING CROP** | | | | | | | $ - |
| | | | | | | | |
| **TOTAL INVENTORY VALUE** | | | | | | | $ 1,283,027 |

*Fed through 2/15/6*

*(73,000)*

*$ 1,210,027*

# *TED MILLER DAIRY -  HERD INVENTORY*

As of 01/31/2010

| Cow Inventory | | Weight | Value/lb | Value/hd | Total Value |
|---|---|---|---|---|---|
| 1,572 | Holstein Milk Cows | 1,400 | | 1,300 | 2,043,600 |
| 246 | Holstein Dry Cows | 1,400 | | 1,300 | 319,800 |
| **1,818** | **Total Cows** | | | | **2,363,400** |
| | | | | | |
| **Heifer Inventory** | | | | | |
| 50 | Holstein Springing Heifers (7+ mos preg.) | 1,250 | - | 1,500 | 75,000 |
| 576 | Holstein Heifers, Pregnant | 1,000 | 1.35 | 1,100 | 633,600 |
| 244 | Holstein Heifers, Bred & Open 13-15 mos | 850 | 1.40 | 1,020 | 248,880 |
| 233 | Holstein Heifers, 10-12 mos | 650 | 1.60 | 878 | 204,574 |
| 255 | Holstein Heifers, 7-9 mos | 500 | 1.75 | 750 | 191,250 |
| 222 | Holstein Heifers, 4-6 mos | 350 | 1.90 | 560 | 124,320 |
| 278 | Holstein Heifers, 0-3 mos | 175 | 2.50 | 438 | 121,764 |
| **1,858** | **Total Heifers** | | | | **1,599,388** |
| | | | | | |
| **3,676** | **Total Animals Combined** | | | | **3,962,788** |

EXHIBIT
B31

B6D (Official Form 6D) (12/07)

In re **Ted Miller Dairy, LLC** ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | | |
| **CNH America** **100 Brubaker Ave.** **New Holland, PA 17557** | | - | **Promissory Note & UCC1 lien Instrument No.. B200810418529 secured by** **Case 420 Skid Steer Loader N6M439686** | | | | | |
| | | | Value $            20,000.00 | | | | 8,051.00 | 0.00 |
| Account No. | | | 2005 | | | | | |
| **John Deere Credit** **6400 NW 86th Street** **P.O. Box 6600** **Johnston, IA 50131-6600** | | - | **UCC 1 Lien Instrument No. B200509850186 secured by** **7810 John Deere Row-Crop Tractor S/N 090252 - Dispute - Paid in full.** | | | X | | |
| | | | Value $                  0.00 | | | | Unknown | Unknown |
| Account No. | | | Renewed 2/17/2009 | | | | | |
| **Wells Fargo Bank** **1300 SW 5th Ave.** **14th Floor** **Portland, OR 97201** | X | - | **Promissory Note & UCC1 lien Instrument No. B200309552672 secured by** **See Exhibit D1 attached hereto** | | | | | |
| | | | Value $        6,420,464.00 | | | | 5,957,172.36 | 0.00 |
| Account No. | | | | | | | | |
| **Holland & Hart** **101 S. Capital Blvd.** **Boise, ID 83702** | | | **Representing:** **Wells Fargo Bank** | | | | Notice Only | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | 5,965,223.36 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 5,965,223.36 | 0.00 |

**<u>EXHIBIT D1</u>**

Wells Fargo Collateral:

| | |
|---|---|
| $4,000 | Checking account – milk proceeds |
| $500,000 | AR – Milk |
| $632,200 | Equipment |
| $1,500 | Office equipment |
| $11,949 | Net on Case 420 Skid Steer |
| $3,962,788 | Cows & Heifers |
| $1,208,027 | Feed |
| <u>$100,000</u> | Equipment & leasehold improvements |
| **$6,420,464** | **TOTAL** |

Liens recorded as Instrument No. B200309552672 on 11/17/2003 and continued as Instrument No. B6507042 on 5/21/2008 and by UCC-1F Financing Statement filed as F71707 on 2/26/04 and continued 9/9/2008 as Instrument No. F44023 (unsigned).

**EXHIBIT D1**

B6E (Official Form 6E) (12/07)

.

In re    **Ted Miller Dairy, LLC**                                    Case No. _____
                                                                    ,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>  1  </u>    continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __Ted Miller Dairy, LLC_____,        Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6209** | | | **2009** | | | | | | |
| Idaho State Tax Com. P.O. Box 36 Boise, ID 83722 | - | | Penalty and interest for 1/31/09; 2/28/09; 5/31/09; 8/31/09; 9/30/09 and 10/31/09. Taxes are paid. | | | | | 379.12 | |
| | | | | | | | 379.12 | | 0.00 |
| Account No. **xxxxx4875** | | | **2009** | | | | | | |
| Internal Revenue Service Chief, Special Procedures 550 W Fort St, MSC 041 Boise, ID 83724 | - | | Payroll taxes | | | | | 0.00 | |
| | | | | | | | 33,352.79 | | 33,352.79 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 379.12 | |
|---|---|---|---|
| | | 33,731.91 | 33,352.79 |
| | Total (Report on Summary of Schedules) | 379.12 | |
| | | 33,731.91 | 33,352.79 |

B6F (Official Form 6F) (12/07)

In re __**Ted Miller Dairy, LLC**_____,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **943** <br><br>**AgTec** <br>**1182 Eastland Drive North** <br>**Ste. A** <br>**Twin Falls, ID 83303** | | - | | **2009-2010** <br>**Goods and/or services - $4,375 incurred 2/5/10 and $3,675 2009** | | | | 8,050.00 |
| Account No. <br><br>**Alta Genetics, Inc.** <br>**3543 Collection Center Dr.** <br>**Chicago, IL 60693** | | | | **2009-2010** <br>**Goods and/or services** | | | | 13,472.00 |
| Account No. **x9808** <br><br>**B & R Bearing Supply** <br>**1302 S. Lincoln** <br>**Jerome, ID 83338** | | - | | **2009-2010** <br>**Goods and/or services** | | | | 49.80 |
| Account No. <br><br>**Barbara Truit** <br>**PO Box 1578** <br>**Redway, CA 95560** | | - | | **2008** <br>**Loan** | | | | 140,950.00 |

___11___ continuation sheets attached

Subtotal
(Total of this page)

162,521.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ted Miller Dairy, LLC**                                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | |
| Black Petroleum Co. PO Box A Twin Falls, ID 83303 | - | | Goods and/or services | | | | 8,428.07 |
| Account No. | | | 2009 | | | | |
| Bob Schillington 136 Bridon Way Jerome, ID 83338 | - | | Goods and/or services | | | | 89,576.87 |
| Account No. | | | 2008 | | | | |
| Carrie Lopez PO Box 613 Jerome, ID 83338 | - | | Loan | | | | 82,764.00 |
| Account No. | | | 2010 | | | | |
| Centennial Truck Service 148 Frontage Rd. N. Jerome, ID 83338 | - | | Goods and/or services | | | | 2,217.80 |
| Account No. | | | 2010 | | | | |
| Cesco 2000 E. Overland Rd. Meridian, ID 83642 | - | | Goods and/or services | | | | 1,383.35 |

Sheet no. __1___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

184,370.09

B6F (Official Form 6F) (12/07) - Cont.

In re **Ted Miller Dairy, LLC** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2010 Goods and/or services | | | | |
| Dairy Health Services, Inc. 105 Country Lane Jerome, ID 83338 | - | | | | | | | 44,842.64 |
| Account No. | | | | 2010 Goods and/or services | | | | |
| Dave's Repair 47A E. 100 S. Jerome, ID 83338 | - | | | | | | | 4,529.60 |
| Account No. | | | | 2010 Goods and/or services | | | | |
| DeLaval Direct Distribution PO Box 86 1209 Burley Ave. Buhl, ID 83316 | - | | | | | | | 3,506.03 |
| Account No. | | | | 2008 Loan | | | | |
| Francesca Cantone 3509 S. 2400 E. Jerome, ID 83338 | - | | | | | | | 42,534.00 |
| Account No. | | | | 2010 Goods and/or services | | | | |
| Gem State Welders Supply PO Box 384 Twin Falls, ID 83303-0384 | - | | | | | | | 328.41 |

Sheet no. __2___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **95,740.68**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ted Miller Dairy, LLC** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx2676<br><br>**Genex Cooperative, Inc.**<br>**100 MBC Dr.**<br>**PO Box 469**<br>**Shawano, WI 54166-0469** | | - | | **2009-2010**<br>**Goods and/or services** | | | | 5,861.02 |
| Account No.<br><br>**George Ellsworth**<br>**599 N. 3400 E.**<br>**Lewisville, ID 83431** | | - | | **2009-2010**<br>**Feed** | | | | 85,072.84 |
| Account No.<br><br>**Gooding Green Chop**<br>**Harol Wartluft**<br>**562 Nebraska St.**<br>**Gooding, ID 83330** | | - | | **2009**<br>**Feed** | | | | 100,306.74 |
| Account No.<br><br>**Idaho Power**<br>**PO Box 70**<br>**Boise, ID 83707** | | - | | **2/2010**<br>**Power bill** | | | | 7,547.41 |
| Account No. 1117<br><br>**J & L Hoof Trimming**<br>**1392 W. 1000 S.**<br>**Murtaugh, ID 83344** | | - | | **2010**<br>**Goods and/or services** | | | | 2,026.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200,814.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ted Miller Dairy, LLC**
                                                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Multiple Invoices**<br><br>J.D. Heiskell & Co.<br>PO Box 839<br>Wendell, ID 83355 | - | | | **2010**<br>**Goods and/or services** | | | | 7,567.31 |
| Account No.<br><br>Jim Britton<br>3680 Vista Dr.<br>Ontario, OR 97914 | - | | | **2010**<br>**Goods and/or services** | | | | 1,499.00 |
| Account No.<br><br>John Shulsen<br>822 East Ave.<br>Jerome, ID 83338 | - | | | **2009**<br>**Goods and/or services** | | | | 447.11 |
| Account No.<br><br>Johnny & Karen Lopez<br>PO Box 613<br>Jerome, ID 83338 | - | | | **Numerous years from 2003 forward**<br>**Loan** | | | | 1,725,011.00 |
| Account No.<br><br>Land Title & Escrow<br>PO Box 349<br>Jerome, ID 83338 | - | | | **2002 - Lien appears on**<br>**250 HP GE Motor S/N GKJ717122; Singer**<br>**Pump S/N 4539; 50 HP US Motor S/N ending**<br>**174M; Gould Pump S/N 95005; 1974 Reininke**<br>**Eight Tower Pivot S/N 8742080 - asset not**<br>**owned by Debtor.  Debtor not indebted to**<br>**creditor.** | | | | **Unknown** |

Sheet no. __4___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,734,524.42 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ted Miller Dairy, LLC**_____,                Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Les Schwab Tire Centers <br> 1848 S. Lincoln <br> Jerome, ID 83338 | - | | 2010 <br> Goods and/or services | | | | 1,799.94 |
| Account No. **xxE441** <br><br> Magic Valley Business <br> 393 Eastland Dr. <br> PO Box 1843 <br> Twin Falls, ID 83303 | - | | 2010 <br> Goods and/or services | | | | 101.76 |
| Account No. **xx5014** <br><br> Mantek <br> 23261 Network Place <br> Chicago, IL 60673-1232 | - | | 2010 <br> Goods and/or services | | | | 319.94 |
| Account No. <br><br> Meter Maid <br> PO Box 1094 <br> Twin Falls, ID 83303 | - | | 2010 <br> Goods and/or services | | | | 180.00 |
| Account No. <br><br> Michael Humbach <br> 802 16th Ave. E. <br> Jerome, ID 83338 | - | | 2009 <br> Feed | | | | 116,139.34 |

Sheet no. __5___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 118,540.98 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ted Miller Dairy, LLC**                                    ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mitch's Repair Inc.**<br>**148 Frontage Rd. North**<br>**Jerome, ID 83338** | - | | **2010**<br>**Goods and/or services** | | | | 102.16 |
| Account No. <br><br>**Napa Auto Parts**<br>**PO Box 1425**<br>**Twin Falls, ID 83303-1425** | - | | **2010**<br>**Goods and/or services** | | | | 27.00 |
| Account No. <br><br>**Nico Cantone**<br>**719 Federal Ave. E Apt. A**<br>**Seattle, WA 98102** | | | **2007**<br>**Loan** | | | | 9,925.00 |
| Account No. <br><br>**Norco, Inc.**<br>**P.O. Box 15299**<br>**Boise, ID 83715** | - | | **2010**<br>**Goods and/or services** | | | | 147.16 |
| Account No. <br><br>**North West Labs Inc.**<br>**150 Bridon Way**<br>**Jerome, ID 83338** | - | | **2010**<br>**Goods and/or services** | | | | 96.44 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,297.76

B6F (Official Form 6F) (12/07) - Cont.

In re **Ted Miller Dairy, LLC**                                                                Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | 2010 | | | | |
| Northside Implement 1922 S. Lincoln Jerome, ID 83338 | | - | | Goods and/or services | | | | 1,058.82 |
| **Account No.** | | | | UCC-1 Lien appears listing irrigation equipment; | | | | |
| Northwest Farm Credit Services PO Box 5059 Twin Falls, ID 83301 | X | - | | proceeds due from Independent Milk Producers, LLC; all equipment, machinery, appliances & tools; all title, rights & interest in Idaho State Water Permit 36-16201-Debtor disputes liability & does not believe granted lien | | X | X | Unknown |
| **Account No.** | | | | 2009 | | | | |
| Pioneer Commodities & Trucking, LLC PO Box 485 Jerome, ID 83338 | | - | | Feed | | | | 47,291.16 |
| **Account No.** | | | | 1/2010 | | | | |
| Prescott & Craig Insurance 1010 E. Main St. Jerome, ID 83338 | | - | | Annual insurance premium | | | | 39,965.00 |
| **Account No. x2922** | | | | 2009 | | | | |
| Pro-Flame Inc. 138 Bridon Way Jerome, ID 83338-6131 | | - | | Goods and/or services | | | | 5,206.42 |

Sheet no. __7___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**93,521.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ted Miller Dairy, LLC**
_____,        Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Progressive Bovine Supply** <br> **53 E 200 S** <br> **Jerome, ID 83338** | - | | **2010** <br> **Goods and/or services** | | | | **4,238.15** |
| Account No. <br><br> **Qwest** <br> **PO Box 29040** <br> **Phoenix, AZ 85038-9040** | - | | **2/2010** <br> **Telephone service** | | | | **229.03** |
| Account No. <br><br> **Ralph May** <br> **22 N. Ridge Way** <br> **Jerome, ID 83338** | - | | **Lien on 250 HP GE Motor & Pump continued B6486467 on 4/30/2007 - Debt assumed by U Bar U, LLC.** | | | | **Unknown** |
| Account No. <br><br> **Regence Life & Health Ins.** <br> **PO Box 91131** <br> **Seattle, WA 98111-9231** | - | | **2010** <br> **Life insurance** | | | | **462.84** |
| Account No. <br><br> **Russo Window Washing** <br> **355 D Ave. E.** <br> **Wendell, ID 83355** | - | | **2010** <br> **Goods and/or services** | | | | **430.00** |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,360.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ted Miller Dairy, LLC**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sawtooth Dairy Specialties**<br>**255 S 500 E**<br>**Jerome, ID 83338** | - | | **2010**<br>**Goods and/or services** | | | | 3,489.42 |
| Account No. **MILLJE**<br><br>**Scoular Company**<br>**529 E. Ave. T**<br>**Jerome, ID 83338** | - | | **2010**<br>**Feed** | | | | 127,290.28 |
| Account No.<br><br>**Standard Nutrition Co.**<br>**PO Box 3844**<br>**Omaha, NE 68103-0844** | - | | **2009-2010**<br>**Feed & minerals** | | | | 82,843.78 |
| Account No.<br><br>**Standley Trenching Co. Inc.**<br>**PO Box 14**<br>**Twin Falls, ID 83303** | - | | **2010**<br>**Goods and/or services** | | | | 75.00 |
| Account No.<br><br>**State Insurance Fund**<br>**1215 W. State St.**<br>**P. O. Box 83720**<br>**Boise, ID 83720-0044** | - | | **2010**<br>**Workman's comp premium** | | | | 2,780.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    216,478.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ted Miller Dairy, LLC**                                    ,        Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**U Bar U Ranch, LLC**<br>**268-A South 500 West**<br>**Jerome, ID 83338** | - | | **2008**<br>**Loan** | | | | 179,685.00 |
| Account No.<br><br>**Valley Agricultural Software**<br>**3950 South K Street**<br>**Tulare, CA 93274** | - | | **2009**<br>**Goods and/or services** | | | | 45.00 |
| Account No.<br><br>**Valley Co-op, Inc.**<br>**1833 S. Lincoln**<br>**Jerome, ID 83338** | - | | **2010**<br>**Goods and/or services** | | | | 3,013.58 |
| Account No.<br><br>**Verizon Wireless**<br>**PO Box 9622**<br>**Mission Hills, CA 91346-9622** | - | | **2010**<br>**Cellphone service** | | | | 790.44 |
| Account No.<br><br>**Western Waste Service**<br>**PO Box 603**<br>**Twin Falls, ID 83303-0603** | - | | **2010**<br>**Goods and/or services** | | | | 333.94 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

183,867.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ted Miller Dairy, LLC**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**William Ledbetter**<br>**268-A South 500 West**<br>**Jerome, ID 83338** | - | | | **Loans made over the years** | | | | **70,133.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **70,133.00** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **3,076,170.60** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6G (Official Form 6G) (12/07)

.

In re    **Ted Miller Dairy, LLC**                                                   ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **C Bar M**<br>**268 S 500 W**<br>**Jerome, ID 83338** | **Dairy facility lease at $36,250 per month.** |
| **Independent Milk Producers**<br>**Cooperative, Inc.**<br>**1182 Eastland Dr. N Ste. A**<br>**Twin Falls, ID 83301** | **Cooperative membership.  Annual renewal in September of every year.** |
| **Pioneer Commodities &**<br>**Trucking, LLC**<br>**PO Box 485**<br>**Jerome, ID 83338** | **Contract to purchase Canola Meal as follows: (a) Contract No. S1144 - 8 truckloads remain on 12/4/2009 contract to purchase truckload (30 tons) of Canola Meal at $267.00 per ton; (b) Contract No. S1393 - 7 truckloads remain on 1/14/10 contract to purchase truckloads of Canola Meal at $247.00 per ton; and (c) Contract No. S1402 - 2 truckloads remain on 1/15/2010 contract to purchase truckloads of Canola Meal at $277.00 per ton.** |
| **Scoular Company**<br>**529 E. Ave. T**<br>**Jerome, ID 83338** | **Contract to purchase cottonseed and high fat grain as follows: (a) Contract No. SE1481335 - 164 tons remaining on 10/9/08 contract to purchase whole Cottonseed at $375.00 per ton; (b) Contract No. SE1486939 - 450 tons remaing on 10/9/09 contract to prucashe whole Cottonseed at $275.00 per ton; $c) Contract No. SE1486938 - 95 tons remaining on 10/9/09 contract to purchase Hi Fat grain at $150.00 per ton; and (d) Contract No. SE1481021 - 204 tons remaining on 6/16/08 contract to purchase Hi Fat grain at $331.00 per ton.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Ted Miller Dairy, LLC**                            ,    Case No. _____

                                           Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gregory Ledbetter**<br>**604 E. Warmsprings Ave.**<br>**Boise, ID 83712** | **Wells Fargo Bank**<br>**1300 SW 5th Ave.**<br>**14th Floor**<br>**Portland, OR 97201** |
| **Gregory Ledbetter**<br>**604 E. Warmsprings Ave.**<br>**Boise, ID 83712** | **Northwest Farm Credit**<br>**Services**<br>**PO Box 5059**<br>**Twin Falls, ID 83301** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Idaho

In re    **Ted Miller Dairy, LLC**

Debtor(s)

Case No.

Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**28**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February 17, 2010**

Signature    **/s/ Jane Ledbetter**

**Jane Ledbetter**

**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Idaho

In re    **Ted Miller Dairy, LLC**                                        ,          Case No. _____

                                                    Debtor          Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Jane Ledbetter**<br>**268-A South 500 West**<br>**Jerome, ID 83338** | **Manging Member** | **100% member**<br>**interest** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**February 17, 2010**_____          Signature__**/s/ Jane Ledbetter**_____
                                                                        **Jane Ledbetter**
                                                                        **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### District of Idaho

In re   **Ted Miller Dairy, LLC**                Case No.

                            Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 17, 2010**             **/s/ Jane Ledbetter**

                                    **Jane Ledbetter**/**Managing Member**
                                    Signer/Title

```
AgTec
1182 Eastland Drive North
Ste. A
Twin Falls, ID 83303


Alta Genetics, Inc.
3543 Collection Center Dr.
Chicago, IL 60693


B & R Bearing Supply
1302 S. Lincoln
Jerome, ID 83338


Barbara Truit
PO Box 1578
Redway, CA 95560


Black Petroleum Co.
PO Box A
Twin Falls, ID 83303


Bob Schillington
136 Bridon Way
Jerome, ID 83338


C Bar M
268 S 500 W
Jerome, ID 83338


Carrie Lopez
PO Box 613
Jerome, ID 83338


Centennial Truck Service
148 Frontage Rd. N.
Jerome, ID 83338
```

Cesco
2000 E. Overland Rd.
Meridian, ID 83642


CNH America
100 Brubaker Ave.
New Holland, PA 17557


Dairy Health Services, Inc.
105 Country Lane
Jerome, ID 83338


Dave's Repair
47A E. 100 S.
Jerome, ID 83338


DeLaval Direct Distribution
PO Box 86
1209 Burley Ave.
Buhl, ID 83316


Francesca Cantone
3509 S. 2400 E.
Jerome, ID 83338


Gem State Welders Supply
PO Box 384
Twin Falls, ID 83303-0384


Genex Cooperative, Inc.
100 MBC Dr.
PO Box 469
Shawano, WI 54166-0469


George Ellsworth
599 N. 3400 E.
Lewisville, ID 83431

Gooding Green Chop
Harol Wartluft
562 Nebraska St.
Gooding, ID 83330


Gregory Ledbetter
604 E. Warmsprings Ave.
Boise, ID 83712


Holland & Hart
101 S. Capital Blvd.
Boise, ID 83702


Idaho Power
PO Box 70
Boise, ID 83707


Idaho State Tax Com.
P.O. Box 36
Boise, ID 83722


Independent Milk Producers
Cooperative, Inc.
1182 Eastland Dr. N Ste. A
Twin Falls, ID 83301


Internal Revenue Service
Chief, Special Procedures
550 W Fort St, MSC 041
Boise, ID 83724


J & L Hoof Trimming
1392 W. 1000 S.
Murtaugh, ID 83344


J.D. Heiskell & Co.
PO Box 839
Wendell, ID 83355

Jim Britton
3680 Vista Dr.
Ontario, OR 97914


John Deere Credit
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600


John Shulsen
822 East Ave.
Jerome, ID 83338


Johnny & Karen Lopez
PO Box 613
Jerome, ID 83338


Land Title & Escrow
PO Box 349
Jerome, ID 83338


Les Schwab Tire Centers
1848 S. Lincoln
Jerome, ID 83338


Magic Valley Business
393 Eastland Dr.
PO Box 1843
Twin Falls, ID 83303


Mantek
23261 Network Place
Chicago, IL 60673-1232


Meter Maid
PO Box 1094
Twin Falls, ID 83303

Michael Humbach
802 16th Ave. E.
Jerome, ID 83338


Mitch's Repair Inc.
148 Frontage Rd. North
Jerome, ID 83338


Napa Auto Parts
PO Box 1425
Twin Falls, ID 83303-1425


Nico Cantone
719 Federal Ave. E Apt. A
Seattle, WA 98102


Norco, Inc.
P.O. Box 15299
Boise, ID 83715


North West Labs Inc.
150 Bridon Way
Jerome, ID 83338


Northside Implement
1922 S. Lincoln
Jerome, ID 83338


Northwest Farm Credit
Services
PO Box 5059
Twin Falls, ID 83301


Pioneer Commodities &
Trucking, LLC
PO Box 485
Jerome, ID 83338

Prescott & Craig Insurance
1010 E. Main St.
Jerome, ID 83338


Pro-Flame Inc.
138 Bridon Way
Jerome, ID 83338-6131


Progressive Bovine Supply
53 E 200 S
Jerome, ID 83338


Qwest
PO Box 29040
Phoenix, AZ 85038-9040


Ralph May
22 N. Ridge Way
Jerome, ID 83338


Regence Life & Health Ins.
PO Box 91131
Seattle, WA 98111-9231


Russo Window Washing
355 D Ave. E.
Wendell, ID 83355


Sawtooth Dairy Specialties
255 S 500 E
Jerome, ID 83338


Scoular Company
529 E. Ave. T
Jerome, ID 83338

Standard Nutrition Co.
PO Box 3844
Omaha, NE 68103-0844


Standley Trenching Co. Inc.
PO Box 14
Twin Falls, ID 83303


State Insurance Fund
1215 W. State St.
P. O. Box 83720
Boise, ID 83720-0044


U Bar U Ranch, LLC
268-A South 500 West
Jerome, ID 83338


Valley Agricultural Software
3950 South K Street
Tulare, CA 93274


Valley Co-op, Inc.
1833 S. Lincoln
Jerome, ID 83338


Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622


Wells Fargo Bank
1300 SW 5th Ave.
14th Floor
Portland, OR 97201


Western Waste Service
PO Box 603
Twin Falls, ID 83303-0603

```
William Ledbetter
268-A South 500 West
Jerome, ID 83338
```

# United States Bankruptcy Court
## District of Idaho

In re  **Ted Miller Dairy, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ted Miller Dairy, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 17, 2010**

Date

**/s/ Joseph M. Meier**

**Joseph M. Meier**

Signature of Attorney or Litigant

Counsel for   **Ted Miller Dairy, LLC**

**Cosho Humphrey, LLP**

**800 Park Blvd., Suite 790**
**P. O. Box 9518**
**Boise, ID 83707**
**208-344-7811 Fax:208-338-3290**
**jmeier@cosholaw.com**