# Ted Miller Dairy
## Cash Flow Budget
### February 18 - March 22

| | Feb 18 - March 22 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | 693,132.00 | | |
| 024 · Sale of Cows | 20,000.00 | | |
| 104 · Calf Sales | 1,250.00 | | |
| **Total Income** | 714,382.00 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | 975.00 | | |
| 040 · FUTA | - | | |
| 041 · Medicare Employee | 1,650.00 | | |
| 042 · Social Security Employee | 6,750.00 | | |
| 043 · Idaho Withholding | 900.00 | | |
| 044 · Federal Withholding | 1,200.00 | | |
| 045 · SUTA | - | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | 1,150.00 | | |
| 072 · Janey Draw | 3,750.00 | | |
| 201 · Hay | - | | |
| 202 · Grain | 225,000.00 | | |
| 204 · Silage | - | | |
| 205 · other feed | 67,500.00 | | |
| 206 · Haylage | - | | |
| 208 · Heifer Raising | 33,000.00 | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | 72,500.00 | | |
| 213 · Wages | 93,000.00 | | |
| 214 · Medicare/Social Security Comp. | 8,400.00 | | |
| 215 · Workers Comp | 5,566.00 | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | 7,000.00 | | |
| 221 · Supplies | 21,000.00 | | |
| 222 · Repair & Maintanence | 22,500.00 | | |
| 224 · Power | 17,000.00 | | |
| 225 · Communication | 1,000.00 | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | 50.00 | | |
| 229 · Legal & Accounting | 5,000.00 | | |
| 230 · Intrest - Wells | 55,000.00 | | |
| 231 · Consulting | 6,000.00 | | |
| 232 · Drugs | 27,000.00 | | |
| 234 · Veterinary Services | 4,750.00 | | |
| 235 · Breeding | 8,000.00 | | |
| 236 · Cattle Hauling | 1,200.00 | | |
| 238 · Testing | 1,900.00 | | |
| 239 · Hoof Trimming | 4,375.00 | | |
| 240 · Misc Expense | 900.00 | | |
| 242 · Office Supplies | 250.00 | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | 9,000.00 | | |
| **Total Expense** | 713,566.00 | - | - |
| **Net Cash Flow** | **816.00** | - | - |


EXHIBIT 1

# Ted Miller Dairy
## Cash Flow Budget
March 23 - 31

|  | March 23 - 31 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | - | | |
| 024 · Sale of Cows | 4,000.00 | | |
| 104 · Calf Sales | 250.00 | | |
| **Total Income** | 4,250.00 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | - | | |
| 040 · FUTA | - | | |
| 041 · Medicare Employee | - | | |
| 042 · Social Security Employee | - | | |
| 043 · Idaho Withholding | - | | |
| 044 · Federal Withholding | - | | |
| 045 · SUTA | - | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | - | | |
| 072 · Janey Draw | - | | |
| 201 · Hay | - | | |
| 202 · Grain | - | | |
| 204 · Silage | - | | |
| 205 · other feed | - | | |
| 206 · Haylage | - | | |
| 208 · Heifer Raising | - | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | - | | |
| 213 · Wages | - | | |
| 214 · Medicare/Social Security Comp. | - | | |
| 215 · Workers Comp | - | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | - | | |
| 221 · Supplies | - | | |
| 222 · Repair & Maintanence | - | | |
| 224 · Power | - | | |
| 225 · Communication | - | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | - | | |
| 229 · Legal & Accounting | - | | |
| 230 · Intrest - Wells | - | | |
| 231 · Consulting | - | | |
| 232 · Drugs | - | | |
| 234 · Veterinary Services | 950.00 | | |
| 235 · Breeding | - | | |
| 236 · Cattle Hauling | - | | |
| 238 · Testing | - | | |
| 239 · Hoof Trimming | 875.00 | | |
| 240 · Misc Expense | - | | |
| 242 · Office Supplies | - | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | - | | |
| **Total Expense** | 2,125.00 | - | - |
| **Net Cash Flow** | 2,125.00 | - | - |

Page 1 of 1

# Ted Miller Dairy
## Cash Flow Budget
April 2010

|  | April 2010 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | 516,460.00 | | |
| 024 · Sale of Cows | 16,000.00 | | |
| 104 · Calf Sales | 1,000.00 | | |
| Total Income | 533,460.00 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | 650.00 | | |
| 040 · FUTA | 1,500.00 | | |
| 041 · Medicare Employee | 1,100.00 | | |
| 042 · Social Security Employee | 4,500.00 | | |
| 043 · Idaho Withholding | 600.00 | | |
| 044 · Federal Withholding | 800.00 | | |
| 045 · SUTA | 2,000.00 | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | 575.00 | | |
| 072 · Janey Draw | 2,500.00 | | |
| 201 · Hay | 60,000.00 | | |
| 202 · Grain | 150,000.00 | | |
| 204 · Silage | - | | |
| 205 · other feed | 45,000.00 | | |
| 206 · Haylage | - | | |
| 208 · Heifer Raising | 20,500.00 | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | 36,250.00 | | |
| 213 · Wages | 62,000.00 | | |
| 214 · Medicare/Social Security Comp. | 5,600.00 | | |
| 215 · Workers Comp | 2,783.00 | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | 3,500.00 | | |
| 221 · Supplies | 13,000.00 | | |
| 222 · Repair & Maintanence | 15,000.00 | | |
| 224 · Power | 7,000.00 | | |
| 225 · Communication | 1,000.00 | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | 50.00 | | |
| 229 · Legal & Accounting | 3,500.00 | | |
| 230 · Intrest - Wells | 27,500.00 | | |
| 231 · Consulting | 4,000.00 | | |
| 232 · Drugs | 18,000.00 | | |
| 234 · Veterinary Services | 3,800.00 | | |
| 235 · Breeding | 8,000.00 | | |
| 236 · Cattle Hauling | 1,200.00 | | |
| 238 · Testing | 1,900.00 | | |
| 239 · Hoof Trimming | 3,500.00 | | |
| 240 · Misc Expense | 900.00 | | |
| 242 · Office Supplies | 250.00 | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | 9,000.00 | | |
| Total Expense | 517,758.00 | - | - |
| **Net Cash Flow** | **15,702.00** | - | - |

# Ted Miller Dairy
## Cash Flow Budget
### May 2010

|  | May 2010 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | 517,500.00 | | |
| 024 · Sale of Cows | 16,000.00 | | |
| 104 · Calf Sales | 1,000.00 | | |
| **Total Income** | 534,500.00 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | 650.00 | | |
| 040 · FUTA | - | | |
| 041 · Medicare Employee | 1,100.00 | | |
| 042 · Social Security Employee | 4,500.00 | | |
| 043 · Idaho Withholding | 600.00 | | |
| 044 · Federal Withholding | 800.00 | | |
| 045 · SUTA | - | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | 575.00 | | |
| 072 · Janey Draw | 2,500.00 | | |
| 201 · Hay | 60,000.00 | | |
| 202 · Grain | 150,000.00 | | |
| 204 · Silage | - | | |
| 205 · other feed | 45,000.00 | | |
| 206 · Haylage | - | | |
| 208 · Heifer Raising | 21,500.00 | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | 36,250.00 | | |
| 213 · Wages | 62,000.00 | | |
| 214 · Medicare/Social Security Comp. | 5,600.00 | | |
| 215 · Workers Comp | 2,783.00 | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | 3,500.00 | | |
| 221 · Supplies | 13,000.00 | | |
| 222 · Repair & Maintanence | 15,000.00 | | |
| 224 · Power | 7,000.00 | | |
| 225 · Communication | 1,000.00 | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | 50.00 | | |
| 229 · Legal & Accounting | 3,500.00 | | |
| 230 · Intrest - Wells | 27,500.00 | | |
| 231 · Consulting | 4,000.00 | | |
| 232 · Drugs | 18,000.00 | | |
| 234 · Veterinary Services | 3,800.00 | | |
| 235 · Breeding | 8,000.00 | | |
| 236 · Cattle Hauling | 1,200.00 | | |
| 238 · Testing | 1,900.00 | | |
| 239 · Hoof Trimming | 3,500.00 | | |
| 240 · Misc Expense | 900.00 | | |
| 242 · Office Supplies | 250.00 | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | 9,000.00 | | |
| **Total Expense** | 515,258.00 | - | - |
| **Net Cash Flow** | 19,242.00 | - | - |

# Ted Miller Dairy
## Cash Flow Budget
### June 2010

|  | June 2010 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | 546,375.00 | | |
| 024 · Sale of Cows | 16,000.00 | | |
| 104 · Calf Sales | 1,000.00 | | |
| **Total Income** | 563,375.00 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | 650.00 | | |
| 040 · FUTA | - | | |
| 041 · Medicare Employee | 1,100.00 | | |
| 042 · Social Security Employee | 4,500.00 | | |
| 043 · Idaho Withholding | 600.00 | | |
| 044 · Federal Withholding | 800.00 | | |
| 045 · SUTA | - | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | 575.00 | | |
| 072 · Janey Draw | 2,500.00 | | |
| 201 · Hay | 60,000.00 | | |
| 202 · Grain | 170,000.00 | | |
| 204 · Silage | - | | |
| 205 · other feed | 45,000.00 | | |
| 206 · Haylage | - | | |
| 208 · Heifer Raising | 21,500.00 | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | 36,250.00 | | |
| 213 · Wages | 62,000.00 | | |
| 214 · Medicare/Social Security Comp. | 5,600.00 | | |
| 215 · Workers Comp | 2,783.00 | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | 3,500.00 | | |
| 221 · Supplies | 13,000.00 | | |
| 222 · Repair & Maintanence | 15,000.00 | | |
| 224 · Power | 7,000.00 | | |
| 225 · Communication | 1,000.00 | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | 50.00 | | |
| 229 · Legal & Accounting | 3,500.00 | | |
| 230 · Intrest - Wells | 27,500.00 | | |
| 231 · Consulting | 4,000.00 | | |
| 232 · Drugs | 18,000.00 | | |
| 234 · Veterinary Services | 3,800.00 | | |
| 235 · Breeding | 8,000.00 | | |
| 236 · Cattle Hauling | 1,200.00 | | |
| 238 · Testing | 1,900.00 | | |
| 239 · Hoof Trimming | 3,500.00 | | |
| 240 · Misc Expense | 900.00 | | |
| 242 · Office Supplies | 250.00 | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | 8,000.00 | | |
| **Total Expense** | 534,258.00 | - | - |
| **Net Cash Flow** | 29,117.00 | - | - |

# Ted Miller Dairy
## Cash Flow Budget
### July 2010

|  | July 2010 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | 585,000.00 | | |
| 024 · Sale of Cows | 16,000.00 | | |
| 104 · Calf Sales | 1,000.00 | | |
| **Total Income** | 602,000.00 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | 650.00 | | |
| 040 · FUTA | 300.00 | | |
| 041 · Medicare Employee | 1,100.00 | | |
| 042 · Social Security Employee | 4,500.00 | | |
| 043 · Idaho Withholding | 600.00 | | |
| 044 · Federal Withholding | 800.00 | | |
| 045 · SUTA | 2,000.00 | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | 575.00 | | |
| 072 · Janey Draw | 2,500.00 | | |
| 201 · Hay | 60,000.00 | | |
| 202 · Grain | 170,000.00 | | |
| 204 · Silage | - | | |
| 205 · other feed | 45,000.00 | | |
| 206 · Haylage | 20,000.00 | | |
| 208 · Heifer Raising | 21,500.00 | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | 36,250.00 | | |
| 213 · Wages | 62,000.00 | | |
| 214 · Medicare/Social Security Comp. | 5,600.00 | | |
| 215 · Workers Comp | 2,783.00 | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | 3,500.00 | | |
| 221 · Supplies | 13,000.00 | | |
| 222 · Repair & Maintanence | 18,000.00 | | |
| 224 · Power | 7,000.00 | | |
| 225 · Communication | 1,000.00 | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | 50.00 | | |
| 229 · Legal & Accounting | 3,500.00 | | |
| 230 · Intrest - Wells | 27,500.00 | | |
| 231 · Consulting | 4,000.00 | | |
| 232 · Drugs | 18,000.00 | | |
| 234 · Veterinary Services | 3,800.00 | | |
| 235 · Breeding | 8,000.00 | | |
| 236 · Cattle Hauling | 1,200.00 | | |
| 238 · Testing | 1,900.00 | | |
| 239 · Hoof Trimming | 3,500.00 | | |
| 240 · Misc Expense | 900.00 | | |
| 242 · Office Supplies | 250.00 | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | 8,000.00 | | |
| **Total Expense** | 559,558.00 | - | - |
| **Net Cash Flow** | 42,442.00 | - | - |

# Ted Miller Dairy
## Cash Flow Budget
### August 2010

|  | August 2010 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | 620,620.00 | | |
| 024 · Sale of Cows | 16,000.00 | | |
| 104 · Calf Sales | 1,000.00 | | |
| **Total Income** | 637,620.00 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | 650.00 | | |
| 040 · FUTA | - | | |
| 041 · Medicare Employee | 1,100.00 | | |
| 042 · Social Security Employee | 4,500.00 | | |
| 043 · Idaho Withholding | 600.00 | | |
| 044 · Federal Withholding | 800.00 | | |
| 045 · SUTA | - | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | 575.00 | | |
| 072 · Janey Draw | 2,500.00 | | |
| 201 · Hay | 60,000.00 | | |
| 202 · Grain | 170,000.00 | | |
| 204 · Silage | - | | |
| 205 · other feed | 45,000.00 | | |
| 206 · Haylage | 20,000.00 | | |
| 208 · Heifer Raising | 21,500.00 | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | 36,250.00 | | |
| 213 · Wages | 62,000.00 | | |
| 214 · Medicare/Social Security Comp. | 5,600.00 | | |
| 215 · Workers Comp | 2,783.00 | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | 3,500.00 | | |
| 221 · Supplies | 13,000.00 | | |
| 222 · Repair & Maintanence | 18,000.00 | | |
| 224 · Power | 7,000.00 | | |
| 225 · Communication | 1,000.00 | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | 50.00 | | |
| 229 · Legal & Accounting | 3,500.00 | | |
| 230 · Intrest - Wells | 27,500.00 | | |
| 231 · Consulting | 4,000.00 | | |
| 232 · Drugs | 18,000.00 | | |
| 234 · Veterinary Services | 3,800.00 | | |
| 235 · Breeding | 8,000.00 | | |
| 236 · Cattle Hauling | 1,200.00 | | |
| 238 · Testing | 1,900.00 | | |
| 239 · Hoof Trimming | 3,500.00 | | |
| 240 · Misc Expense | 900.00 | | |
| 242 · Office Supplies | 250.00 | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | 8,000.00 | | |
| **Total Expense** | 557,258.00 | - | - |
| **Net Cash Flow** | 80,362.00 | - | - |

**Ted Miller Dairy**
**Cash Flow Budget**
September 2010

|  | September 2010 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | 640,770.00 | | |
| 024 · Sale of Cows | 16,000.00 | | |
| 104 · Calf Sales | 1,000.00 | | |
| Total Income | 657,770.00 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | 650.00 | | |
| 040 · FUTA | - | | |
| 041 · Medicare Employee | 1,100.00 | | |
| 042 · Social Security Employee | 4,500.00 | | |
| 043 · Idaho Withholding | 600.00 | | |
| 044 · Federal Withholding | 800.00 | | |
| 045 · SUTA | - | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | 575.00 | | |
| 072 · Janey Draw | 2,500.00 | | |
| 201 · Hay | 60,000.00 | | |
| 202 · Grain | 170,000.00 | | |
| 204 · Silage | - | | |
| 205 · other feed | 45,000.00 | | |
| 206 · Haylage | 20,000.00 | | |
| 208 · Heifer Raising | 21,500.00 | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | 36,250.00 | | |
| 213 · Wages | 62,000.00 | | |
| 214 · Medicare/Social Security Comp. | 5,600.00 | | |
| 215 · Workers Comp | 2,783.00 | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | 3,500.00 | | |
| 221 · Supplies | 13,000.00 | | |
| 222 · Repair & Maintanence | 18,000.00 | | |
| 224 · Power | 7,000.00 | | |
| 225 · Communication | 1,000.00 | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | 50.00 | | |
| 229 · Legal & Accounting | 3,500.00 | | |
| 230 · Intrest – Wells | 27,500.00 | | |
| 231 · Consulting | 4,000.00 | | |
| 232 · Drugs | 18,000.00 | | |
| 234 · Veterinary Services | 3,800.00 | | |
| 235 · Breeding | 8,000.00 | | |
| 236 · Cattle Hauling | 1,200.00 | | |
| 238 · Testing | 1,900.00 | | |
| 239 · Hoof Trimming | 3,500.00 | | |
| 240 · Misc Expense | 900.00 | | |
| 242 · Office Supplies | 250.00 | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | 8,000.00 | | |
| Total Expense | 557,258.00 | - | - |
| **Net Cash Flow** | **100,512.00** | - | - |

**Ted Miller Dairy**
**Cash Flow Budget**
October 2010

| | October 2010 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | 639,600.00 | | |
| 024 · Sale of Cows | 16,000.00 | | |
| 104 · Calf Sales | 1,000.00 | | |
| **Total Income** | 656,600.00 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | 650.00 | | |
| 040 · FUTA | 150.00 | | |
| 041 · Medicare Employee | 1,100.00 | | |
| 042 · Social Security Employee | 4,500.00 | | |
| 043 · Idaho Withholding | 600.00 | | |
| 044 · Federal Withholding | 800.00 | | |
| 045 · SUTA | 2,000.00 | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | 575.00 | | |
| 072 · Janey Draw | 2,500.00 | | |
| 201 · Hay | 60,000.00 | | |
| 202 · Grain | 170,000.00 | | |
| 204 · Silage | - | | |
| 205 · other feed | 45,000.00 | | |
| 206 · Haylage | 20,000.00 | | |
| 208 · Heifer Raising | 21,500.00 | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | 36,250.00 | | |
| 213 · Wages | 62,000.00 | | |
| 214 · Medicare/Social Security Comp. | 5,600.00 | | |
| 215 · Workers Comp | 2,783.00 | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | 3,500.00 | | |
| 221 · Supplies | 13,000.00 | | |
| 222 · Repair & Maintanence | 18,000.00 | | |
| 224 · Power | 7,000.00 | | |
| 225 · Communication | 1,000.00 | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | 50.00 | | |
| 229 · Legal & Accounting | 3,500.00 | | |
| 230 · Intrest - Wells | 27,500.00 | | |
| 231 · Consulting | 4,000.00 | | |
| 232 · Drugs | 18,000.00 | | |
| 234 · Veterinary Services | 3,800.00 | | |
| 235 · Breeding | 8,000.00 | | |
| 236 · Cattle Hauling | 1,200.00 | | |
| 238 · Testing | 1,900.00 | | |
| 239 · Hoof Trimming | 3,500.00 | | |
| 240 · Misc Expense | 900.00 | | |
| 242 · Office Supplies | 250.00 | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | 8,000.00 | | |
| **Total Expense** | 559,408.00 | - | - |
| **Net Cash Flow** | 97,192.00 | - | - |

# Ted Miller Dairy
## Cash Flow Budget
### November 2010

|  | November 2010 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | 664,562.50 | | |
| 024 · Sale of Cows | 16,000.00 | | |
| 104 · Calf Sales | 1,000.00 | | |
| **Total Income** | 681,562.50 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | 650.00 | | |
| 040 · FUTA | - | | |
| 041 · Medicare Employee | 1,100.00 | | |
| 042 · Social Security Employee | 4,500.00 | | |
| 043 · Idaho Withholding | 600.00 | | |
| 044 · Federal Withholding | 800.00 | | |
| 045 · SUTA | - | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | 575.00 | | |
| 072 · Janey Draw | 2,500.00 | | |
| 201 · Hay | 60,000.00 | | |
| 202 · Grain | 170,000.00 | | |
| 204 · Silage | - | | |
| 205 · other feed | 45,000.00 | | |
| 206 · Haylage | - | | |
| 208 · Heifer Raising | 21,500.00 | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | 36,250.00 | | |
| 213 · Wages | 62,000.00 | | |
| 214 · Medicare/Social Security Comp. | 5,600.00 | | |
| 215 · Workers Comp | 2,783.00 | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | 3,500.00 | | |
| 221 · Supplies | 14,000.00 | | |
| 222 · Repair & Maintanence | 18,000.00 | | |
| 224 · Power | 8,000.00 | | |
| 225 · Communication | 1,000.00 | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | 50.00 | | |
| 229 · Legal & Accounting | 3,500.00 | | |
| 230 · Intrest – Wells | 27,500.00 | | |
| 231 · Consulting | 4,000.00 | | |
| 232 · Drugs | 18,000.00 | | |
| 234 · Veterinary Services | 3,800.00 | | |
| 235 · Breeding | 8,000.00 | | |
| 236 · Cattle Hauling | 1,200.00 | | |
| 238 · Testing | 1,900.00 | | |
| 239 · Hoof Trimming | 3,500.00 | | |
| 240 · Misc Expense | 900.00 | | |
| 242 · Office Supplies | 250.00 | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | 9,000.00 | | |
| **Total Expense** | 540,258.00 | - | - |
| **Net Cash Flow** | 141,304.50 | - | - |

# Ted Miller Dairy
## Cash Flow Budget
### December 2010

| | December 2010 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 101 · Milk Sales | 670,687.50 | | |
| 024 · Sale of Cows | 16,000.00 | | |
| 104 · Calf Sales | 1,000.00 | | |
| **Total Income** | 687,687.50 | - | - |
| | | | |
| **Expense** | | | |
| 005 · Employee Advance | 650.00 | | |
| 040 · FUTA | - | | |
| 041 · Medicare Employee | 1,100.00 | | |
| 042 · Social Security Employee | 4,500.00 | | |
| 043 · Idaho Withholding | 600.00 | | |
| 044 · Federal Withholding | 800.00 | | |
| 045 · SUTA | - | | |
| 050 · N/P Wells Fargo | - | | |
| 068 · Equipment Payments | 575.00 | | |
| 072 · Janey Draw | 2,500.00 | | |
| 201 · Hay | 60,000.00 | | |
| 202 · Grain | 170,000.00 | | |
| 204 · Silage | - | | |
| 205 · other feed | 45,000.00 | | |
| 206 · Haylage | - | | |
| 208 · Heifer Raising | 21,500.00 | | |
| 209 · Farming | - | | |
| 210 · Dairy Rent | 36,250.00 | | |
| 213 · Wages | 62,000.00 | | |
| 214 · Medicare/Social Security Comp. | 5,600.00 | | |
| 215 · Workers Comp | 2,783.00 | | |
| 216 · Employee Benefits | 300.00 | | |
| 218 · Insurance - other | 3,500.00 | | |
| 221 · Supplies | 14,000.00 | | |
| 222 · Repair & Maintanence | 18,000.00 | | |
| 224 · Power | 8,000.00 | | |
| 225 · Communication | 1,000.00 | | |
| 226 · Property Taxes | - | | |
| 227 · Taxes & Licenses | 50.00 | | |
| 229 · Legal & Accounting | 3,500.00 | | |
| 230 · Intrest - Wells | 27,500.00 | | |
| 231 · Consulting | 4,000.00 | | |
| 232 · Drugs | 18,000.00 | | |
| 234 · Veterinary Services | 3,800.00 | | |
| 235 · Breeding | 8,000.00 | | |
| 236 · Cattle Hauling | 1,200.00 | | |
| 238 · Testing | 1,900.00 | | |
| 239 · Hoof Trimming | 3,500.00 | | |
| 240 · Misc Expense | 900.00 | | |
| 242 · Office Supplies | 250.00 | | |
| 251 · Corral Maintenance | - | | |
| 255 · Gas & Oil | 9,000.00 | | |
| **Total Expense** | 540,258.00 | - | - |
| **Net Cash Flow** | 147,429.50 | - | - |

Page 1 of 1

# Ted Miller Dairy
## Cash Flow Budget
### February 18 - March 22

|  | Feb 18 - March 22 | Actual | Variance |
|---|---:|---:|---:|
| **Ordinary Income/Expense** |  |  |  |
| **Income** |  |  |  |
| 101 · Milk Sales | 693,132.00 |  |  |
| 024 · Sale of Cows | 20,000.00 |  |  |
| 104 · Calf Sales | 1,250.00 |  |  |
| **Total Income** | 714,382.00 | - | - |
|  |  |  |  |
| **Expense** |  |  |  |
| 005 · Employee Advance | 975.00 |  |  |
| 040 · FUTA | - |  |  |
| 041 · Medicare Employee | 1,650.00 |  |  |
| 042 · Social Security Employee | 6,750.00 |  |  |
| 043 · Idaho Withholding | 900.00 |  |  |
| 044 · Federal Withholding | 1,200.00 |  |  |
| 045 · SUTA | - |  |  |
| 050 · N/P Wells Fargo | - |  |  |
| 068 · Equipment Payments | 1,150.00 |  |  |
| 072 · Janey Draw | 3,750.00 |  |  |
| 201 · Hay | - |  |  |
| 202 · Grain | 225,000.00 |  |  |
| 204 · Silage | - |  |  |
| 205 · other feed | 67,500.00 |  |  |
| 206 · Haylage | - |  |  |
| 208 · Heifer Raising | 33,000.00 |  |  |
| 209 · Farming | - |  |  |
| 210 · Dairy Rent | 72,500.00 |  |  |
| 213 · Wages | 93,000.00 |  |  |
| 214 · Medicare/Social Security Comp. | 8,400.00 |  |  |
| 215 · Workers Comp | 5,566.00 |  |  |
| 216 · Employee Benefits | 300.00 |  |  |
| 218 · Insurance - other | 7,000.00 |  |  |
| 221 · Supplies | 21,000.00 |  |  |
| 222 · Repair & Maintenence | 22,500.00 |  |  |
| 224 · Power | 17,000.00 |  |  |
| 225 · Communication | 1,000.00 |  |  |
| 226 · Property Taxes | - |  |  |
| 227 · Taxes & Licenses | 50.00 |  |  |
| 229 · Legal & Accounting | 5,000.00 |  |  |
| 230 · Intrest - Wells | 55,000.00 |  |  |
| 231 · Consulting | 6,000.00 |  |  |
| 232 · Drugs | 27,000.00 |  |  |
| 234 · Veterinary Services | 4,750.00 |  |  |
| 235 · Breeding | 8,000.00 |  |  |
| 236 · Cattle Hauling | 1,200.00 |  |  |
| 238 · Testing | 1,900.00 |  |  |
| 239 · Hoof Trimming | 4,375.00 |  |  |
| 240 · Misc Expense | 900.00 |  |  |
| 242 · Office Supplies | 250.00 |  |  |
| 251 · Corral Maintenance | - |  |  |
| 255 · Gas & Oil | 9,000.00 |  |  |
| **Total Expense** | 713,566.00 | - | - |
| **Net Cash Flow** | 816.00 | - | - |



EXHIBIT 2

Page 1 of 1