**JOSEPH M. MEIER ISB No. 3314**
COSHO HUMPHREY, LLP
Counselors and Attorneys at Law
800 PARK BLVD., STE. 790
BOISE, ID  83712
PO Box 9518
Boise, ID 83707-9518
Telephone (208) 344-7811
Facsimile  (208) 338-3290

Attorneys for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 10-40200-JDP |
| Ted Miller Dairy, LLC, | ) | |
| | ) | |
| | ) | **AFFIDAVIT OF JANE LEDBETTER** |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

STATE OF IDAHO   )
                 ) ss.
COUNTY OF ADA   )

   Jane Ledbetter, Being first duly sworn upon oath, deposes and says:

   1.   I am the Managing Member of Ted Miller Dairy, LLC, the Debtor in this Chapter

11 proceeding.  My duties include managing the day to day cash and needs of the Debtor.

   2.   This Chapter 11 proceeding was filed on February 17, 2010.

**AFFIDAVIT OF JANE LEDBETTER  P -1-**
JMM/jib 20652-003/543761  2/22/10 4:47:59 PM

3. I am an individual over the age of eighteen, a resident of the State of Idaho, and have personal knowledge of the facts set forth herein, believing them all to be true and correct to the best of my knowledge and belief.

4. On behalf of the LLC, I have been attempting to locate financing for the LLC. I have communicated with several lenders and to date no lender has been willing to advance new credit, either on a secured or unsecured basis, to the LLC.

5. I have exhausted all potential sources of secured or unsecured indebtedness enabling it to pay Ted Miller Dairy, LLC's ongoing operating expenses.

6. At the time the bankruptcy petition was filed the LLC held milk accounts receivable which are identified in the Motion Seeking Authority to Use Cash Collateral and Application for Authority to Grant Lien which has been filed in this proceeding. As articulated in that motion, the LLC holds the following proeprty which it desires to use:

A. Proceeds from Milk consisting of the approximate sum of **$4,000.00** located in the Wells Fargo Bank Account and described in schedule B.2 filed by Debtor

B. Collectible Milk Receivables consisting of approximately **$500,000.00** (consisting of approximately $240,000 expected to be received on or about February 18, 2010 and the sum of approximately $260,000 due on or about March 1, 2010) described in schedule B.16.

C. Feed inventory on hand in the amount of approximately **$1,208,027.00**

D. Proceeds from cull cows sold from time to time.

The total of this cash collateral (described in subparagraphs A to D) is **$1,712,027.00.**

In addition, this LLC is continuing to generate new milk receivables after the bankruptcy petition was filed and projects that it shall be receiving those receivables described in the gross

**AFFIDAVIT OF JANE LEDBETTER  P -2-**
JMM/jib 20652-003/543761  2/22/10 4:47:59 PM

receipts in the projections attached as Exhibits "1" and "2" to the Motion Seeking Authority to Use Cash Collateral and Application for Authority to Grant Lien ("Motion").

    7.    The Motion sets forth those creditors, which Debtor believes holds liens in the cash collateral to be used or have been located by our attorneys in conducting lien searches. I am not aware of any other creditor claiming a lien in the cash collateral of this corporation.

    8.    This corporation, which is an operating dairy, is in immediate need of funds to pay its ongoing operating expenses, not the least of which are its payroll and tax obligations, but also fuel, insurance, feed and other supplies all of which are articulated in Exhibit "1" to the Motion.

    9.    I have calculated the amount of expenses which will be incurred and the amount of income which will be received between February 17, 2010 and March 18, 2010, which are itemized in Exhibit "2" to the Motion. These are true and accurate projections for this LLC during that period of time.

    10.    If this LLC does not receive immediate approval of the ability to use the accounts receivable it will not be able to pay the expenses and will likely lose not only its insurance, but its ability to operate.

    11.    I have reviewed the Motion. I have provided that information to the attorneys for the Debtor and agree that those facts are accurately set forth in the Motion.

    Further you affiant saith not.

    DATED This __22nd__ day of February, 2010.

                              /s/ Jane Ledbetter_____
                              JANE LEDBETTER

SUBSCRIBED AND SWORN To before me this __22nd__ day of February, 2010.

                                    /s/ Autumn Sloane Barney_____
                                    Notary Public for Idaho
                                    Residing at __Twin Falls_____, Idaho
       (Seal)                       My Commission Expires__9/7/10_____

COSHO HUMPHREY, LLP

/s/ Joseph M. Meier_____
JOSEPH M. MEIER
Attorneys for Debtor

**AFFIDAVIT OF JANE LEDBETTER  P -4-**
JMM/jib 20652-003/543761  2/22/10 4:47:59 PM

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the __22nd__ day of February, 2010, I filed the foregoing electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joseph M Meier on behalf of Debtor Ted Miller Dairy, LLC
jmeier@cosholaw.com, jbean@cosholaw.com

David Wayne Newman on behalf of U.S. Trustee US Trustee
david.w.newman@usdoj.gov

Larry E Prince on behalf of Creditor Wells Fargo Bank, National Association
lprince@hollandhart.com, chardesty@hollandhart.com;boiseintaketeam@hollandhart.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

                                                    /s/ Joseph M. Meier_____
                                                    JOSEPH M. MEIER