Larry E. Prince (ISB#1759)
Robert A. Faucher (ISB#4745)
E-Mail:  lprince@hollandhart.com
        rfaucher@hollandhart.com
HOLLAND & HART LLP
Suite 1400, U.S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869

Attorneys for Creditor Wells Fargo Bank,
National Association

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re:<br><br>TED MILLER DAIRY, LLC,<br><br>                                    Debtor. | Case No. 10-40200-JDP<br>Chapter 11 |
|---|---|

## MOTION TO REQUIRE ADEQUATE PROTECTION FOR THE USE OF LIVESTOCK FEED, MEDICINE, AND SUPPLIES (WELLS FARGO)

COMES NOW, Wells Fargo Bank, National Association ("Wells Fargo"), and pursuant to § 363(e) of the Bankruptcy Code and Fed.R.Civ.P. 4001(a) and 9014 moves the Court to condition Ted Miller Dairy, LLC's (the "Debtor") use of livestock, feed, medicine, and other supplies upon its providing Wells Fargo with adequate protection for the use of the livestock, feed, medicine, and supplies.

Wells Fargo respectfully represents the following in support of this motion:

MOTION TO REQUIRE ADEQUATE PROTECTION FOR THE USE OF LIVESTOCK,
FEED, MEDICINE, AND SUPPLIES (WELLS FARGO) - 1

1. The Debtor filed a Chapter 11 petition with this Court on February 17, 2010 (the "Petition Date") and has continued in possession of its assets and is operating its dairy business in accordance with § 1108 of the Bankruptcy Code.

2. Wells Fargo is the holder of secured claims against the Debtor and is a party in interest in this case.

3. On or about February 17, 2009, the Debtor executed a Revolving Line of Credit Note in favor of Wells Fargo in the original principal amount of $6,000,000.00 (the "Note"). A copy of the Note is attached hereto as **Exhibit A** and, by this reference, incorporated herein as if set forth in full.

4. In order to secure, among other things, its obligations under the Note the Debtor granted Wells Fargo a security interest in, among other things, all of its farm products including livestock, and in all of its feed, medicines, and other supplies used or produced in its farming operations and in all products and natural increases of the foregoing. A copy of the security agreements which evidences the grant of these security interests are attached hereto collectively as **Exhibit B** and, by this reference, incorporated herein as if set forth in full. The Debtor has granted Wells Fargo a security interest in additional collateral, but this additional collateral is not addressed in this motion.

5. In order to perfect its security interest in, among other things, the Debtor's livestock, feed, medicine, and supplies, Wells Fargo caused to be filed UCC-1 and UCC-1F financing statements with the Idaho Secretary of State's office. Copies of these financing statements are collectively attached hereto as **Exhibit C** and, by this reference, incorporated herein as if set forth in full.

**MOTION TO REQUIRE ADEQUATE PROTECTION FOR THE USE OF LIVESTOCK, FEED, MEDICINE, AND SUPPLIES (WELLS FARGO) - 2**

6. The Note was due and payable in full on October 20, 2009, and the Debtor has failed to pay the amounts due under the Note. As of February 17, 2010, the unpaid principal balance of the Note was $5,880,223.41, plus accrued and unpaid interest of $93,527.91 for a total of $5,973,751.32, plus costs, attorneys fees and accruing interest.

7. Based on information and belief, the Debtors is using its pre-petition livestock, feed, medicine, and supplies in its dairy operations and has not provided Wells Fargo with adequate protection for its security interest in such livestock, feed, medicine, and supplies.

8. Pursuant to § 363(e) of the Bankruptcy Code, Wells Fargo is entitled to adequate protection for its security interest in the Debtor's livestock, feed, medicine, and supplies used by the Debtor from and after the Petition Date and the Court should condition the use of the same upon the Debtor providing Wells Fargo adequate protection for its security interest in the Debtor's livestock, feed, medicine, and supplies. The adequate protection could take the form of requiring the Debtor to:

    a. Maintain its livestock, feed, medicine, and supplies at a level at least equal to that which existed on the Petition Date;

    b. Immediately pay Wells Fargo an amount equal to any decrease in the value of the Debtor's livestock, feed, medicine, and supplies from the value for the same which existed on the Petition Date; and

    c. Granting Wells Fargo a perfected first priority security interest in all livestock, feed, medicine, supplies, and milk, together with the proceeds thereof, acquired by the Debtor after the Petition Date.

**MOTION TO REQUIRE ADEQUATE PROTECTION FOR THE USE OF LIVESTOCK, FEED, MEDICINE, AND SUPPLIES (WELLS FARGO) - 3**

Wherefore Wells Fargo prays for relief as follows:

1. That the Court condition the Debtor's use of its livestock, feed, medicine, and supplies upon the Debtor providing Wells Fargo adequate protection for its security interest in the same in the manner set forth above;

2. That to the extent Fed.R.Civ.P. 6004(h) is applicable, the Court enter an order that its order on this motion will not be stayed pursuant to said Rule; and

3. That the Court grant Wells Fargo such other and further relief as is just and proper.

Dated this 22nd day of February 2010.

HOLLAND & HART LLP

By _____
Larry E. Prince, Attorneys for Wells Fargo
Bank, National Association

**MOTION TO REQUIRE ADEQUATE PROTECTION FOR THE USE OF LIVESTOCK, FEED, MEDICINE, AND SUPPLIES (WELLS FARGO) - 4**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22d day of February 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

jmeier@cosholaw.com
david.w.newman@usdoj.gov
ustp.region18.bs.ecf@usdoj.gov

I further certified that on this same date, I send a copy of the foregoing, via U.S. Mail, postage prepaid, to the creditors listed on the creditor mailing matrix, obtained from the U.S. Bankruptcy Court's website on February 22, 2010.

Holland & Hart LLP

4737764_1.DOC